1

**GREGORY S. REDMOND, ESQ. (SBN158135)**

2

430 Railroad Avenue

3

Pittsburg, CA 94565
Tel:  (925) 427-9023

4

Fax:  (925) 427-3020

5

Attorney for Plaintiff

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

11

12

SAM PEIRIS,                                          CASE NO. C05-01451 SI

13

           Plaintiff,                                STIPULATION TO CONTINUE INITIAL

14

                                                     CASE MANAGEMENT CONFERENCE

15

                                                     AND ORDER

16

V.

17

18

CITY OF BRENTWOOD,

19

           Defendant.

20

21

22

        IT IS HEREBY STIPULATED by and between the respective parties that the initial Case

23

Management Conference scheduled for August 12, 2005, be continued to September 2, 2005

24

because of Plaintiff counsel's unavailability.

25

26

27

Stipulation to Continue Case Management Conference and Order
Peiris v. City of Brentwood
Case No. C05-01451 SI                               1

Dated: July 21, 2005                    _____//_____
                                        GREGORY S. REDMOND, ESQ.
                                        Attorney for Plaintiff
                                        Sam Peiris


Dated: July 21, 2005                    _____//_____
                                        ROGER CRAWFORD, ESQ.
                                        Attorney for Defendant
                                        City of Brentwood



                                        ORDER

        Based on the stipulation of the parties it is ordered that the initial Case Management

Conference be continued to September 2, 2005.


Dated: July 21, 2005                    s/Martin Jenkins
                                        _____
                                        for
                                        Judge Susan Illston
                                        United States District Court Judge

Stipulation to Continue Case Management Conference and Order
Peiris v. City of Brentwood
Case No. C05-01451 SI                        2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Stipulation to Continue Case Management Conference and Order
Peiris v. City of Brentwood
Case No. C05-01451 SI                          3