**GREGORY S. REDMOND, ESQ. (SBN158135)**
430 Railroad Avenue
Pittsburg, CA 94565
Tel: (925) 427-9023
Fax: (925) 427-3020

Attorney for Plaintiff

FILED

JUL 29 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM PEIRIS,<br><br>  Plaintiff,<br><br>V.<br><br>CITY OF BRENTWOOD,<br><br>  Defendant. | CASE NO. C05-01451 SI<br><br>STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ORDER |

IT IS HEREBY STIPULATED by and between the respective parties that the initial Case Management Conference scheduled for August 12, 2005, be continued to September 2, 2005 because of Plaintiff counsel's unavailability.

Stipulation to Continue Case Management Conference and Order
Peiris v. City of Brentwood
Case No. C05-01451 SI                     1

| | |
|---|---|
| Dated: July 21, 2005 | _____//_____<br>GREGORY S. REDMOND, ESQ.<br>Attorney for Plaintiff<br>Sam Peiris |
| Dated: July 21, 2005 | _____//_____<br>ROGER CRAWFORD, ESQ.<br>Attorney for Defendant<br>City of Brentwood |

## ORDER

Based on the stipulation of the parties it is ordered that the initial Case Management Conference be continued to September 2, 2005.

Dated: July 21, 2005

Judge Susan Illston
United States District Court Judge

Stipulation to Continue Case Management Conference and Order
Peiris v. City of Brentwood
Case No. C05-01451 SI                     2