IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM PEIRIS,<br><br>        Plaintiff,<br><br>  v.<br><br>CITY OF BRENTWOOD,<br><br>        Defendant.<br>                                      / | No. C 05-01451 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>December 2, 2005</u> at <u>2:30 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>July 1, 2006</u>.

DESIGNATION OF EXPERTS: <u>5/7/06</u>; REBUTTAL: <u>6/1/06</u>.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>July 1, 2006</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>June 30, 2006</u>;

    Opp. Due <u>July 14, 2006</u>; Reply Due <u>July 21, 2006</u>;

    and set for hearing no later than <u>August 4, 2006</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>September 5, 2006</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>September 18, 2006</u> at <u>8:30 AM.</u>,
    Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be <u>five</u> days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties have agreed to participate in private mediation within 60 days.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 9/7/05

                                              SUSAN ILLSTON
                                              United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAM PEIRIS,                                      No. C 05-01451 SI

        Plaintiff,                           **PRETRIAL PREPARATION ORDER**

  v.

CITY OF BRENTWOOD,

        Defendant.
                                     /

     It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: December 2, 2005 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is July 1, 2006.

DESIGNATION OF EXPERTS: 5/7/06; REBUTTAL: 6/1/06.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is July 1, 2006.

DISPOSITIVE MOTIONS **SHALL** be filed by June 30, 2006;

    Opp. Due July 14, 2006; Reply Due July 21, 2006;

    and set for hearing no later than August 4, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: September 5, 2006 at 3:30 PM.

JURY TRIAL DATE: September 18, 2006 at 8:30 AM.,
    Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be five days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties have agreed to participate in private mediation within 60 days.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 9/7/05

                                                           SUSAN ILLSTON
                                                           United States District Judge