1 **GREGORY S. REDMOND, ESQ. (SBN158135)**
2 430 Railroad Avenue
Pittsburg, CA 94565
3 Tel: (925) 427-9023
Fax: (925) 427-3020
4
5 Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM PEIRIS, | CASE NO. C05-01451 SI |
| Plaintiff, | |
| | NOTICE OF REQUEST FOR VOLUNTARY DISMISSAL OF ACTION AND ORDER |
| V. | FRCP 41 |
| CITY OF BRENTWOOD, | |
| Defendants. | |

Notice Of Request for Voluntary Dismissal and Order
Peiris v. City of Brentwood
Case No. C05-01451 SI                     1

NOTICE IS HEREBY GIVEN THAT: Plaintiff, Sam Peiris, herein requests the Court to voluntarily dismiss the above-referenced action pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), without prejudice.

Dated: October 19, 2005  _____

GREGORY S. REDMOND, ESQ.

Based upon Plaintiff's request and good cause showing:

IT IS SO ORDERED.

Dated: October __, 2005  _____

Judge Susan Illston

GRANTED
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Notice Of Request for Voluntary Dismissal and Order
Peiris v. City of Brentwood
Case No. C05-01451 SI

2